**Jerry A. HURST, Plaintiff—Appellant,**

**v.**

**STATE FARM MUTUAL AUTOMO-BILE INSURANCE COMPANY; Marty A. Harbin, in his individual and representative capacity; David L. Jones, in his individual and representative capacity; Marshall Major, in his individual and representative capacity; John D. McGavin, in his individual and representative capacity, Defendants—Appellees.**

No. 08–2372.

United States Court of Appeals, Fourth Circuit.

Submitted: April 23, 2009.

Decided: April 29, 2009.

Jerry A. Hurst, Appellant Pro Se.

Before MICHAEL and DUNCAN, Circuit Judges.*

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry A. Hurst appeals from the district court's order dismissing his complaint against State Farm Mutual Automobile Insurance Company and its agents as barred by res judicata. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hurst v. State Farm Mut. Auto. Ins. Co.*, No. 1:08–cv02907–WMN (D. Md. Nov 19, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

* The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d) (2006).